UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY G FAASSE, et al.,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COINBASE, INC.,<br>　　　　　Defendant. | Case No. 18-cv-01382-JD<br><br>**SCHEDULING ORDER** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| **Event** | **Deadline** |
|---|---|
| Add parties or amend pleadings | 4/22/2019 |
| Fact discovery cut-off | 8/12/2019 |
| Expert disclosures | 8/19/2019 |
| Rebuttal expert disclosures | 9/16/2019 |
| Expert discovery cut-off | 11/22/2019 |
| Last day to file class certification and *Daubert* motions | 12/12/2019 |
| Last day to file dispositive motions | 3/26/2020 |
| Pretrial conference | 8/6/2020 @1:30 p.m. |
| Jury Trial (on claims other than UCL claims) | 8/24/2020 @9 a.m. |

1   All dates set by the Court should be regarded as firm.  Counsel may not modify these dates
2   by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling
3   conflicts that are created subsequent to the date of this order by any party, counsel or party-
4   controlled expert or witness will not be considered good cause for a continuance.  Sanctions may
5   issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  April 16, 2019

_____
JAMES DONATO
United States District Judge